IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>FELIX DEJESUS-LOZADA<br><br>　　　　　　　DEFENDANT | Civil Action<br><br>No.  08-302-02 |

October____, 2009

**ORDER**

On this 2nd day of October, 2009, it is hereby ordered that defendant Felix DeJesus-Lozada's motion to suppress (Doc.  No.  27) is, for the reasons given in the accompanying memorandum, DENIED.

　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　/s/ Louis H. Pollak
　　　　　　　　　　　　　　　Pollak, J