IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL ACTION NO. 08-302-2 |
| FELIX DeJESUS-LOZADA<br>Defendant. | : | |

## ORDER

AND NOW, this 19th day of October, 2015, upon consideration of Defendant's Pro Se Motion for Reduction of Sentence Pursuant to 18 U.S.C. § 3582 (Doc. No. 104) and the government's Response thereto (Doc. No. 106), it is hereby ORDERED that said Motion is DENIED for the reasons set forth in the government's Response.

BY THE COURT:

/s/ C. Darnell Jones, II    J.